UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE TAVERA-UGARTE,

          Petitioner,

   v.

PAUL THOMPSON, et al.,

          Respondents.

No. 2:22-cv-00138-TLN-DMC

ORDER

Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On August 31, 2022, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on August 31, 2022, are ADOPTED IN FULL;
2. Respondents' unopposed motion to dismiss (ECF No. 7) is GRANTED;
3. This action is DISMISSED for lack of jurisdiction; and
4. The Clerk of the Court is directed to enter judgment and close this file.

**DATED:  December 29, 2022**

Troy L. Nunley
United States District Judge